No. 79–6732.  INGRAM *v.* UNITED STATES; and
No. 80–5077.  PORTER *v.* UNITED STATES.  C. A. 4th Cir.
Certiorari denied.  Reported below: 622 F. 2d 588.

No. 79–6733.  TILLER *v.* CARTER ET AL.  C. A. 4th Cir.
Certiorari denied.

No. 79–6734.  LEE *v.* WYRICK, WARDEN.  C. A. 8th Cir.
Certiorari denied.

No. 79–6735.  LAYTON *v.* PHEND, REFORMATORY SUPERIN-
TENDENT.  C. A. 7th Cir. - Certiorari denied.

No. 79–6736.  ENGLISH *v.* UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 79–6737.  HAWKINS *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 79–6738.  WHITE *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 79–6739.  KNOTT *v.* LOUISIANA.  Sup. Ct. La.  Cer-
tiorari denied.

No. 79–6741.  CARABALLO *v.* NEW YORK.  Sup. Ct. N. Y.,
Kings County.  Certiorari denied.

No. 79–6744.  GARRETT *v.* HUTTO, CORRECTIONS DIRECTOR.
Sup. Ct. Va.  Certiorari denied.

No. 79–6746.  EAKER *v.* CALIFORNIA.  Ct. App. Cal., 1st
App. Dist.  Certiorari denied.

No. 79–6747.  WHITE *v.* UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN.  C. A. 6th Cir.
Certiorari denied.